**Order entered March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00618-CR

### DANIEL ROBERT NORTHCUTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-83203-2017**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the December 6, 2018 motion of Maria Tu for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Maria Tu as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Daniel Robert Northcutt, 02199717, Gurney Unit, 1385 FM 3328, Palestine, Texas, 75803.

/s/    ROBBIE PARTIDA-KIPNESS
        JUSTICE